### CHATOLIS *v.* PHILLIPS, tax-collector.

BECK, J. 1. A tax upon peddlers and traveling vendors of bananas is unauthorized under the Civil Code (1910), § 946. *Latham* v. *Stewart,* 140 *Ga.* 188 (78 S. E. 812); *Butler* v. *Stewart,* 140 *Ga.* 196 (78 S. E. 816).

2. Nor is a tax upon peddlers of bananas authorized under the Civil Code (1910), § 1886; for bananas are agricultural products. And in the present case it appears from an agreed statement of facts that the bananas which the defendant in error was taxed for peddling were raised in Louisiana, Florida, and California.

*Judgment reversed. All the Justices concur, except*

LUMPKIN and HILL, JJ., dissenting. For the reasons stated in our dissenting opinion in *Latham* v. *Stewart,* supra, we dissent from the judgment in this case.

SEPTEMBER 22, 1914.

Illegality of execution. Before Judge Meadow. Franklin superior court. March 27, 1913.

*A. G. & Julian McCurry* and *Alexander Johnson,* for plaintiff in error.